of the record reflects the right of respondent to call witnesses was not denied. Present—Dillon, P. J., Doerr, O'Donnell, Pine and Schnepp, JJ.

■ In the Matter of LARRY GURLEY, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants.—Motion for reargument granted and, upon reargument, judgment unanimously reversed and petition dismissed (see, Matter of Semper v Smith, 66 NY2d 130). Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell, and Pine, JJ.

■ In the Matter of ADDIS WOLDEQUIORQUIS, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants.—Motion for reargument granted and, upon reargument, judgment unanimously reversed and petition dismissed (see, Matter of Semper v Smith, 66 NY2d 130). Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Pine, JJ.

■ In the Matter of PETER ORLANDO, Appellant, v HAROLD SMITH, Respondent.—Motion to dismiss appeal as moot denied. (See, Lindsay v New York State Bd. of Parole, 48 NY2d 883.)